FILED

# United States District Court
## Central District of California
## /Western Division, Los Angeles

2019 MAR -6  PM 2:42

1

2

3

4 | Jay Ellis Potter
2390 Belden Dr. Los Angeles,  CA
5 | 90068 Phone 864-608-5404

**Civil Case #** C V 1 9 - 0 1 6 4 1 -FMO-JCx

**Writ of Amparo (cannot be denied)**

6 |         **Petitioner/Plaintiff,**
            vs.
7 | **Cross Country Mortgage, Inc.**
**1 Corporate Dr.**
8 | **Lake Zurich, IL  60047**
**877-538-9790**

**Cause of Action: Crimes Against Humanity** High Crimes, deprivation of Human Rights, Enslavement against civilian populations/ We the People;(as charged Crimes Against Humanity cannot be denied / refused and must be heard). and

9 |
**Nationstar Mortgage LLC  d/b/a/**
10 | **Mr. Cooper**
**8950 Cypress Waters Blvd.**
11 | **Coppell, TX  75019**
**888-480-2432**

**United States Constitution 1787; Bill of Rights, The Rights of We the People; and**

12 |
**Rubin Lublin TN,  PLLC**
13 | **119 S. Main St. Memphis, TN  38103**
**877-813-0992**

**USC Title (under color of law) 42 Section 1983.** Civil action for deprivation of rights etc. and

14 |
**Henry County Sherriff's Office**
15 | **210 Forest Heights Rd,  Paris,  Tn**
**38242**

**Extortion Hobbs Act,18 USC§1951** (a-b) and

**RICO U.S. Code Title 18 Chapter 96 and**

16 |

**Fiduciary Counterfeit Fraud.**

17 | **10 John and/or Jane Doe(s) (any to be added)**
            **Defendant/Respondent**

**Jury Trial Demanded/Required**

18 |

19 | **Notice:** 1787 US Constitution established the common Law as the Law of the Land. Mandate Article 3 Courts of Human Rights and Common Law, we are hereby revoking by COMMON LAW Estoppels et-al De-facto Equity, Corporate, Commercial, Admiralty, Maritime, Statutory de-facto Court Rules Policies must be Waved by Order of the Petitioner/Plaintiff by Sovereign Right as established within the Declaration of Independence, Causes /Definitions / of Laws; hereby by contract binding by all parties to uphold the Constitution for the united States of America, which all parties must have taken and uphold an oath to protect and defend such.

23 | As ratified in 1810-1812 the 13th Amendment restricting anyone holding title of Nobility holding public office.



MAR - 5 2019

Clerk, US District Court,
COURT 4612

[Summary of pleading] - 1

THE ORIGINAL 13TH AMENDMENT This Article of Amendment, ratified in 1810-1812 and 1819, which just "disappeared" in 1876, added an enforceable strict penalty, i.e., inability to hold office and loss of citizenship, for violations of the already existing constitutional prohibition in Article 1, Section 9, Clause 8 on titles of nobility and other conflicts of citizenship interest,

> "If any citizen of the United States shall accept, claim, receive, or retain
> any title of nobility or honour, or shall without the consent of Congress,
> accept and retain any present, pension, office, or emolument of any kind
> whatever, from any emperor, king, prince, or foreign power, such person
> shall cease to be a citizen of the United States, and shall be incapable
> of holding any office of trust or profit under them, or either of them."

**Whereas, I, Jay E. Potter, with a rank of E6 now comes under authority of the 1933 Emergency power act, standing as an Officer subject to the Uniform Code of Military Justice. Having in 1970 taken and/or to this day under Sacred Oath to protect and defend the 1787 Constitution for the united States of America, the Republic thereof, against all enemies foreign or domestic by jurisdiction of the rules of Common Law Article 111 Court and/or herein under Military Tribunal, acknowledging as well as accept the Constitution for the united States of America, as my foundational right as a civilian of this Republic hereby stand by the Common Law, demanding et-al rights.**

# CRIMES AGAINST HUMANITY
## High Crimes Deprivation of Human Rights,

**In 1945, the United States and other Allies developed the Agreement for the Prosecution and Punishment of Major War Criminals of the European Axis and Charter of the International Military Tribunal (IMT), sitting at Nuremberg, which contained the following definition of Crimes Against Humanity in Article 6(c):"Crimes against humanity: murder, extermination, enslavement, deportation, and other inhumane acts committed against civilian populations, before or during the war; or persecutions on political, racial or religious grounds in execution of or in connection with any crime within the jurisdiction of the Tribunal, whether or not in violation of the domestic law of the country where perpetrated."**

**The list of the specific crimes contained within the meaning of Crimes Against Humanity has been expanded since Article 6(c) of the IMT to include, in the ICTY and the ICTR, rape and torture. The statute of the ICC also expands the list of specific acts. In particular, the ICC statute adds the crimes of enforced disappearance of persons and apartheid. Further, the ICC statute contains clarifying language with respect to the specific crimes of extermination, enslavement, deportation or forcible transfer of population, torture, and forced pregnancy.**

Crimes Against Humanity have existed in customary International Law for over half a century and are also evidenced in prosecutions before some national courts. The most notable of these trials include those of Paul Touvier, Klaus Barbie, and Maurice Papon in France, and Imre Finta in Canada. But crimes against humanity are also deemed to be part of jus cogens—the highest standing in international legal norms. Thus, they constitute a non-derogable rule of international law. The implication of this standing is that they are subject to Universal Jurisdiction, meaning that all States can exercise their jurisdiction in prosecuting a perpetrator irrespective of where the crime was committed. **It also means that all States have the duty to prosecute** or extradite, that no person charged with that crime can claim the "political offense exception" to extradition, and that States have the duty to assist each other in securing evidence needed to prosecute. But of greater importance is the fact that no perpetrator can claim the "defense of obedience to superior orders" and that no statute of limitation contained in the laws of any State can apply. Lastly, no one is immune from prosecution for such crimes, even a head of State.

## <u>JUDICIAL NOTICE OF STANDING</u>

Whereas, Petitioner/Plaintiff, as Owner, Executor, Trustee, and Beneficiary, (by his birth right), thereby, now comes as Executor/Trustee, and Owner thereof, therefore, I, Jay E Potter (herein after Petitioner/Plaintiff), having taken Office as Vested in Ecclesiastical Ministry in Corporate Soul of Spirit, Body, and Mind, under De-jure Supreme Law of Justice.

Whereas, Therefore, the Plaintiff/Petitioner in sui juris a party intervener, owner/trustee/beneficiary is the holder of the private/public property estate(s), ELLIS JAY POTTER, Estate, and the JAY ELLIS POTTER, and/or POTTER ELLIS JAY, Estate(s) and/or Potter Estate predates any alleged Crown claim thereby, EXECLUSIVELY AND INCONTESTABLY, now comes standing under the Divine Authority by Seal and Signature, herein stated.

Whereas, No statutory de-facto artificial legal fiction corporate jurisdiction withstanding and/or same is/are null and/or void as such jurisdiction being under the alleged law of Admiralty/Maritime/Canon Jurisdiction and/or known as Statutory Jurisdiction of

Equity, Corporation, Commercial, Business, Law of Tort thereby, in the case of military law, which under the U.C.M.J. (Universal Code of Military Justice), at no time does the military have jurisdiction over the Sovereign Man Civilian population of a geographic location except as may be allowed under publicly declared Martial law. Further, at no time has any de-facto law of an artificial legal fiction corporate entity have jurisdiction over the Church/Kingdom of God/Jehovah, Divine Spirit, as Decreed by YHVH under the Davidic Throne in the Covenant and the Laws thereof. Even if the Kingdom may be destroyed the Bloodline would not be broken (89th Psalm). Thereby, the Plaintiff/ Petitioner is NOT bound by secular de-facto alleged rules/statutes/de-facto color of law, herein, noticed to all hue-man legal fiction corporate creation of the inferior secular state by fraud of adhesion equity contract as noted by the state issued Birth (Redemption) Certificate, and legal fiction corporate forced servitude for the corporate gain by way thereof, enforced corporate *tyrannia*. All such adhesions contracts are NULL & VOID as for the lack of open transparency to all parties of contract. Thereby, the Private Property Estate created at birth is now due and payable to the Owner as the Beneficiary and herein Plaintiff/Petitioner of the Birth Certificate (B®C) Bonds/Trusts/ Corporation(s).

## Two Constitutions in the United States.
## 1st 1787 US Constitution was illegally suspended
## in favor of a Vatican "Crown" corporation in 1871

Since 1871 the United States president and the United States Congress has been playing politics under a different set of rules and policies. The American people do not know that there are two Constitutions in the United States. The first penned by the leaders of the newly independent states of the United States in 1776. On July 4, 1776, the people claimed their independence from the Crown (temporal authority of the Roman Catholic Pope) and Democracy was born. And for 95 years the United States people were free and independent. That freedom ended in 1871 when the original "Constitution for the United States of America" was changed to the "THE CONSTITUTION OF THE UNITED STATES OF AMERICA". ( the second being repugnant to the first as the first is the Law of the Land.)

The Congress realized that the country was in dire financial straits, so they made a financial deal with the devil – the Crown (a.k.a. City of London Corporation – est. by the Catholic

Church on Jan 1, 1855) thereby incurring a DEBT to the Pope. The conniving Pope and his central bankers were not about to lend the floundering nation any money without some serious stipulations. So, they devised a way of taking back control of the United States of America and thus, the Act of 1871 was passed. With no constitutional authority to do so, Congress created a separate form of government for the District of Columbia.

With the passage of "the Act of 1871" a city state (a state within a state) called the District of Columbia located on 10 sq. miles of land in the heart of Washington was formed with its own flag and its own independent constitution – the United States of America's secret second constitution. The flag of Washington's District of Columbia has 3 red stars, each symbolizing a city state within the three-city empire. The three-city empire consists of Washington D.C (the D.C. stands for District of Columbia)., City of London Corporation, and Vatican City State. City of London Corporation is the corporate center of the three city states and controls the world economically. Washington D.C. is in charge of the military, and the Vatican controls it all under the guise of spiritual guidance. Although geographically separate, the city states of; City of London Corporation, the Vatican and the District of Columbia are one interlocking empire called "Empire of the City" The constitution for the District of Columbia operates under tyrannical Vatican law known as "Lex Fori" (local law). When congress illegally passed the act of 1871, it created a corporation known as THE UNITED STATES and a separate form of government for the District of Columbia. This treasonous act has unlawfully allowed the District of Columbia to operate as a corporation outside the original constitution of the United States and in total disregard of the best interests of the American citizens/people.

POTUS is the Chief Executive (President) of the Corporation of THE UNITED STATES – operating as the CEO of the corporation. POTUS governs w/a Board of Directors (cabinet officials) and managers (Senators and Congressmen/women). Donald J. Trump, as others before him, is POTUS — operating as "vassal king" – taking orders once again from "The Crown" through the RIIA (Royal Institute of Intl Affairs). The Jesuits, created the Royal Institute of International Affairs (RIIA) in 1919. The American equivalent to the RIIA is the Council of Foreign Relations (CFR).

What did the Act of 1871 achieve? The ACT of 1871 put the United States of America back under Crown rule (which is papal rule). The Act committed by fraud turned the free Republic into a Crown Corporation thereby allegedly striping the Sovereign We the People of the free Republic back under servitude in this new corporation of the United States of America, The Act of 1871, without any knowledge of this act of treason allegedly the now corporate people lost their independence in 1871.

THE CONSTITUTION OF THE UNITED STATES OF AMERICA is the constitution and/or the bylaws of the corporation of the incorporated UNITED STATES OF AMERICA. It operates in an economic capacity and has been used to fool the People into thinking it governs the Republic. It does not! Capitalization is NOT insignificant when one is referring to a legal document. This seemingly "minor" alteration has had a major impact on every subsequent generation of Americans. What Congress did by passing the Act of 1871 was create an entirely new document, a constitution for the government of the District of Columbia, an INCORPORATED government.

Instead of having absolute and unalienable rights guaranteed under the organic Constitution, We the People, now have "relative" rights or privileges. One example is the Sovereign's (the People) right to travel, which has now been transformed (under corporate government policy) into a "privilege" that requires citizens to be licensed – driver's licenses and Passports. By passing the Act of 1871, Congress committed TREASON against the People who were Sovereign under the grants and decrees of the Declaration of Independence and the organic

Constitution.  The Act of 1871 became the FOUNDATION of all treason since committed by government officials.

As of 1871 the UNITED STATES isn't a Country; It's a Corporation! In preparation for stealing America, the puppets of Roman banking cabal had already created a second government, a Shadow Government designed to manage what "the People" believed was a democracy, but what really was an incorporated UNITED STATES. Together this chimera, this two-headed monster, disallowed "the People" all rights of sui juris. [you, in your sovereignty]

The U.S. is a Crown Colony. The U.S. has always been and remains a Crown (Roman) colony. King James I, is not just famous for translating the Bible into "The King James Version", but for signing the "First Charter of Virginia" in 1606 — which granted America's British forefathers license to settle and colonize America. The charter guaranteed future German Roman Catholic Kings/Queens of England would have sovereign authority over all citizens and colonized land in America. After America declared independence from the Crown, the Treaty of Paris, signed on September 3, 1783 was signed.

**Notice** taken there is more fraudulent history following this linage to be considered to prove the

graft corruption of the Corporation of America, however, the above is enough to establish the foundation of fraud, which has bearing on this action brought before the court.

Whereas, the beginnings of the current fraud graft as well as corruption began and/or

has continued through today first instituted with the Papal Bull's as established within

the fraud of "The 3 Crowns," as well as "The Cestui Que Vie Act 1666," follows;

Whereas, the fraud continues of the most sinister type herein lies the greatest of all

deception against Sovereign Man, herein at the outset the Petitioner/Plaintiff once again

sets fourth that to establish that Plaintiff's heritage was set in heraldry centuries before

the fraud of the 3 Crowns;

### The 1st Crown of Crown Land

While Pope Boniface VIII was the first leader in history to create the concept of a Trust, the first Testamentary Trust through a deed and will creating a Deceased Estate was not until Pope Nicholas V in 1455 through the Papal Bull Romanus Pontifex. This is only one of three (3) papal bulls to include the line with the incipit *"For a perpetual remembrance."* This Bull had the effect of conveying the right of use of the land as Real Property from the Express Trust Unam Sanctam to the control of

the Pontiff and his successors in perpetuity. Hence, all land is claimed as "crown land." This 1st Crown is represented by the 1st cestui Que Vie Trust created when a child is born, depriving them of all their beneficial entitlements and rights on the land at birth.

### The 2nd Crown of the Commonwealth

The second Crown was created in 1481 with the papal bull Aeterni Regis meaning "Eternal Crown" by Sixtus IV being only the 2nd of three papal bulls as deeds of testamentary trusts.  This Papal Bull created what is known as the "Crown of Aragon", later known as the Crown of Spain, being the highest sovereign and highest steward of all Roman Slaves subject to the rule of the Roman Pontiff. Spain lost the crown in 1604 when it was granted to King James I of England by Pope Paul V after the successful passage of the "Union of Crowns" or Commonwealth in 1605 after the false flag operation of the Gunpowder Plot. The Crown was finally lost by England in 1975 when it was returned to Spain and King Carlos I, where it remains to this day.

This 2nd Crown is represented by the 2nd cestui Que Vie Trust created when a child is born being the sale of the birth certificate as a Bond to the private central bank of the nation, depriving the Child of ownership of their flesh and condemning them to perpetual servitude as a Roman person, or slave. Whereas, as stated above the Child is born and is in silence declared dead, abandoned, and/or lost at sea, at this point a Admiralty receipt is issued or declared as salvage thereby, an issued Certificate of Live Birth is issued creating the false flag Corporate Estate/Trust to be signed over by the Mother, with or without the Father.  When the Mother signs she does so as the trustee of the Family Estate it matters not if the Father signs.

### The 3rd Crown of the Ecclesiastical See

The third Crown was created in 1537 by Paul III through the papal bull Convocation also meant to open the Council of Trent being the third an final testamentary deed and will of a testamentary trust, being the trust set up for the claiming of all "lost souls", lost to the sea.

The Venetians assisted in the creation of the 1st cestui Que Vie Act of 1540 to use this papal bull as the basis of Ecclesiastical authority of Henry VIII. This Crown was secretly granted to England in the collection and "reaping" of lost souls. Again, the Souls lost at sea!

### "The Cestui Que Vie Act 1666"
#### (as copied from the Old English book of Law)

The Cestui Que Vie Act 1666 CHAPTER 11 18 and 19 Cha 2, An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend. X1 Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead. and,

"Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such

Lessors or Reversioners." Cestui que vie remaining beyond Sea for Seven Years *together* and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead, E+W;  If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors and Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead." (Note: As Copied from the original Old English text)

## RICO ACT U.S. CODE > Title 18 > Part I > Chapter 96
## Civil Actions under RICO

In order to obtain relief, the plaintiff must prove two "predicate offenses" (violations of § 1962) which prohibits persons who derive income from a pattern of racketeering activity or through the collection of an unlawful debt to invest the income in any enterprise which engages in interstate commerce. The statute does not mention "organized crime" or limit its application to criminal endeavors and can be applied to legitimate businesses.

It is unlawful for anyone employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt. 18 U.S.C.A. § 1962(c) (West 1984). The Racketeer Influenced and Corrupt Organization Act (RICO) was passed by Congress with the declared purpose of seeking to eradicate organized crime in the United States. Russello v. United States, 464 U.S. 16, 26-27, 104 S. Ct. 296, 302-303, 78 L. Ed. 2d 17 (1983); United States v. Turkette, 452 U.S. 576, 589, 101 S. Ct. 2524, 2532, 69 L. Ed. 2d 246 (1981). A violation of Section 1962(c), requires (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity. Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479, 496, 105 S. Ct. 3275, 3285, 87 L. Ed. 2d 346 (1985).

A more expansive view holds that in order to be found guilty of violating the RICO statute, the government must prove beyond a reasonable doubt: (1) that an enterprise existed; (2) that the enterprise affected interstate commerce; (3) that the defendant was associated with or employed by the enterprise; (4) that the defendant engaged in a pattern of racketeering activity; and (5) that the defendant conducted or participated in the conduct of the enterprise through that pattern of racketeering activity through the commission of at least two acts of racketeering activity as set

forth in the indictment. United States v. Phillips, 664 F. 2d 971, 1011 (5th Cir. Unit B Dec. 1981), cert. denied, 457 U.S. 1136, 102 S. Ct. 1265, 73 L. Ed. 2d 1354 (1982).

An "enterprise" is defined as including any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity. 18 U.S.C.A. § 1961(4) (West 1984). Many courts have noted that Congress mandated a liberal construction of the RICO statute in order to effectuate its remedial purposes by holding that the term "enterprise" has an expansive statutory definition. United States v. Delano, 825 F. Supp. 534, 538-39 (W.D.N.Y. 1993), aff'd in part, rev'd in part, 55 F. 3d 720 (2d Cir. 1995), cases cited therein.

"Pattern of racketeering activity" requires at least two acts of racketeering activity committed within ten years of each other. 18 U.S.C.A. § 1961(5) (West 1984). Congress intended a fairly flexible concept of a pattern in mind. H.J., Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239, 109 S. Ct. 2893, 2900, 106 L. Ed. 2d 195 (1989). The government must show that the racketeering predicates are related, and that they amount to or pose a threat of continued criminal activity. Id. Racketeering predicates are related if they have the same or similar purposes, results, participants, victims, or methods of commission, or otherwise are interrelated by

distinguishing characteristics and are not isolated events. Id. at 240, 109 S. Ct. at 2901; Ticor Title Ins. Co. v. Florida, 937 F. 2d 447, 450 (9th Cir. 1991). Furthermore, the degree in which these factors establish a pattern may depend on the degree of proximity, or any similarities in goals or methodology, or the number of repetitions. United States v. Indelicato, 865 F. 2d 1370, 1382 (2d Cir.), cert. denied, 493 U.S. 811, 110 S. Ct. 56, 107 L. Ed. 2d 24 (1989).

Continuity refers either to a closed period of repeated conduct, or to past conduct that by its nature projects into the future with a threat of repetition. H.J., Inc., 492 U.S. at 241-42, 109 S. Ct. at 2902. A party alleging a RICO violation may demonstrate continuity over a closed period by proving a series of related predicates extending over a substantial period of time. Id. Predicate acts extending over a

few weeks or months and threatening no future criminal conduct do not satisfy this requirement as Congress was concerned with RICO in long-term criminal conduct. Id.

As to the continuity requirement, the government may show that the racketeering acts found to have been committed pose a threat of continued racketeering activity by proving: (1) that the acts are part of a long-term association that exists for criminal purposes, or (2) that they are a regular way of conducting the defendant's ongoing legitimate business, or (3) that they are a regular way of conducting or participating in an ongoing and legitimate enterprise. Id.

When a RICO action is brought before continuity can be established, then liability depends on whether the threat of continuity is demonstrated. Id. However, Judge Scalia wrote in his concurring opinion that it would be absurd to say that "at least a few months of racketeering activity. . .is generally for free, as far as RICO is concerned." Id. at 254, 109 S. Ct. at 2908. Therefore, if the predicate acts involve a distinct threat of long-term racketeering activity, either implicit or explicit, a RICO pattern is established. Id. at 242, 109 S. Ct. at 2902.

The RICO statute expressly states that it is unlawful for any person to conspire to violate any of the subsections of 18 U.S.C.A. § 1962. The government need not prove that the defendant agreed with every other conspirator, knew all of the other conspirators, or had full knowledge of all the details of the conspiracy. Delano, 825 F. Supp. at 542. All that must be shown is: (1) that the defendant agreed to commit the substantive racketeering offense through agreeing to participate in two racketeering acts; (2) that he knew the general status of the conspiracy; and (3) that he knew the conspiracy

extended beyond his individual role. United States v. Rastelli, 870 F. 2d 822, 828 (2d Cir.), cert. denied, 493 U.S. 982, 110 S. Ct. 515, 107 L. Ed. 2d 516 (1989).

## Civil Remedies Under RICO

Persons injured by reasons of a RICO violation have a civil cause of action under the terms of the act. 18 U.S.C. §§ 1962(c), 1964(c)) provides for liability in civil suits brought by any person injured 'in his business or property' by a RICO violation, with a compulsory award of treble damages, costs, and attorneys fees and makes it unlawful for 'any person' who is employed by or associated with 'any enterprise' affecting interstate commerce to 'participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity. Section 1964(c) requires "a RICO plaintiff to make two related but analytically distinct threshold showings . . .: (1) that the plaintiff suffered an injury to business or property; and (2) that the plaintiff's injury was proximately caused by the defendant's violation of 18 U.S.C. § 1962." However, a showing of injury requires proof of a concrete financial loss and not mere injury

to a valuable intangible property interest. Moreover, the defendant need not be criminally convicted before a civil plaintiff can sue for treble damages under RICO. The statute requires only that the criminal activities are "chargeable" or "indictable" under state or federal law, not that the defendant has already been charged or indicted. 18 U.S.C. § 1961(1). However, there is one exception to this rule: civil RICO claims cannot be predicated on securities fraud violations unless the defendant has been criminally convicted of a securities fraud violation. 18 U.S.C. § 1964(c). Therefore, in essence, there are eight elements that a plaintiff must plead before availing himself of the enhanced damage and attorney fees provisions of the RICO Act: (1) that defendant (2) through commission of two of the enumerated predicate acts, (3) which constitute a "pattern" of (4) "racketeering activity," (5) directly or indirectly participates in the conduct of (6) an "enterprise," (7) the activities of which affect interstate or foreign commerce, and that (8) plaintiff was injured in his business or property by reason of such conduct.

## Limited JURISDICTION Appointed

Whereas, the Plaintiff/Petitioner acting in his lawful right, in a timely manner well within the statutes of law. Plaintiff/Petitioner by filing this action has granted limited jurisdiction establishing limited jurisdiction over the subject matter. Thereby, further establishing this court as a US Republic 1787 Constitutional Court as established under the Judicial Branch is the Court of Competent Common Law Jurisdiction, other corporate administrative hearing positions such as Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or Ecclesiastical/ Canon Law notwithstanding. Therefore, under International Common Law having Jurisdiction as established within the following issues of jurisprudence; as the full nature of et-al claims, charges, acts, and/or Crimes Against Humanity deprivation of Human Rights as committed by the Defendant Class in full or in part have been committed not just against the Petitioner/Plaintiff, and/or have been committed against the entire population of We the People with the several States as demonstrated within the Corporate "State" of California, most regularly suffered against the poorest and/or most helpless of the Sovereign Population as well as individuals/ foreigners of many other nations. These acts

of fraud, extortion, as well as betrayal of the Creators "We the People," then subvert the

Law(s) and/or the very judiciary system therein, defrauding and/or depriving any chance

for the general population of "We the People," by ignorance, and/or manipulation of the

LAW, wherein, we the people having no understanding but by manipulation standing

under the system of alleged rules which attempt to deprive all 'We the People" of our

Human Rights and/or in the redress of grievances arising from the misapplication and/or

usurpation of alleged authority of the De-facto statutes of Equity, Commercial, Business,

Torts, and/or Admiralty /Maritime Law, and/or  Ecclesiastical Law, thereby, supplanting

the De-jure Common Law, and Divine Right given to all Sovereign Men (gender not

specific) thereby, established by Contract i.e. organic Constitution between the Sovereign

"We the People" et-al Men and thereby created legal fiction corporate governments,

wherein, the control of the alleged system of De-facto courts as stated above through

economic and/or monetary restrictions by way of court costs and/or fees, so as to have

any ruling issued in the favor of the Sovereign Individual who may be in the way of the

corporate interests and/or tyrannical actions in self-preservation of the system of fraud

who then impose the way/system through any issue of self-serving judicial, legislative,

and/or executive usurpation.  The fact of this is/are beyond contention. This is even

heightened by the fact after imposing the ruling rendered from a so-called de-facto judge,

people will be victimized even to the point of being imprisonment or even killed to remove

the Sovereign Rights of We the People from any illegal taking and/or estoppels of

outright theft of the real and/or private property ELLIS JAY POTTER, and the JAY

ELLIS POTTER, and/or POTTER, JAY ELLIS, Estate(s). This fact will be further

outlined within the balance of this action.

1.) Jurisdiction of this court arises standing under International Crimes Against

Humanity Law (as stated above), and 28 U.S.C. §. 1331, 1337, 1343(a), and 1367(a); 42

U.S.C. §. 1983 (civil action for deprivation of rights), 1985(3) (conspiracy to interfere with

civil rights), 1988 (proceedings in vindication of civil rights); 18 U.S.C. 1341; 18 U.S.C.

1511. Hobbs Act 18 U.S.C. § 1951 (a-b)

2.) Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 18(a), and

arises under the doctrine of pendent jurisdiction as set forth in <u>United Mine Workers v.

Gibbs</u>, 383 U.S. 715 (1966).

## MEMORANDUM OF LAW

*USC 42 §1983 for Deprivation of Civil Rights, §1985(3) for Conspiracy, Common-Law
Conspiracy and/or Extortion Hobbs Act, 18 USC § 1951(a-b), etc.(as in the*

*conversion of human rights into a crime controlled as a privilege then to extort a fee or
ransom),* **National/International Crimes Against Humanity deprivation of human
rights;**

    **"Every person who, under color of any statute, ordinance, regulation, custom, or
usage, of any State or Territory or the District of Columbia, subjects, or causes to be
subjected, any citizen of the United States or other person within the jurisdiction
thereof to the deprivation of any rights, privileges, or immunities secured by the
Constitution and Common laws, shall be liable to the party injured in an action at
law, suit, or other proper proceeding for redress..."**

3.) Whereas, In 18 USC 1951(b)(2) - (Hobbs Act), "Extortion" is defined as, "the

obtaining of property from another, with his consent, induced by wrongful use of actual

or threatened force, violence or fear, or under color of official right." and,

    **The inclusion of the element of simple fear is important; it is that which distinguishes
the extortion as defined by Hobbs from "blackmail", where a well defined fear of a
definite action is required to have been communicated.  From the statutory language,
it would appear that fear alone should be considered as sufficient inducement; and, in
Evans v. US 504 US, 255(1992) the Court reconstructs the ambiguous wording and
grammar of the statute on the basis of Congressional intent and the principle of lenity,
saying:**

"The more natural construction is that the verb; The "induced" applies to both types of extortion described in the statute. Thus, the unstated "either" belongs after "induced": "The term `extortion' means the obtaining of property from another, with his consent, induced either [1] by wrongful use of actual or threatened force, violence, or fear, or [2] under color of official right." This construction comports with correct grammar and standard usage by setting up a parallel between two prepositional phrases, the first beginning with "by"; the second with "under." Thus, fear itself is still sufficient to induce the victim to relinquish property willingly to the extortioner.

Whether or not the victim's fear is causally related to acts or intentions of the extortioner, is not required to be known or proven. Though this may seem too broad a sufficient condition, it directly allows more subtle, and more pernicious forms of extortion that would, in fact, prevent or hamper due process. Intent, when not directly expressed, must be inferred. Since the mind is not directly available for observation, a finder of fact is left free to consider a body of evidence which may or may not be consistent, to an appropriate degree of belief, with the proposition that the extortioner has in some way caused, or even exploited, any known or obvious fear possessed by the victim.

Note; The word "wrongful", in 18 USC 1951(b)(2), means that the extortioner has no lawful claim to the property obtained."

## Judicial Notice of Fraud, Intent to Commit Fraud, Identity Theft/Fraud, Via Any and/or All Means, Third Party Interloping etc., et-all, Fraud By Omission and/or Commission

Whereas, for the De-facto "Legal" Reference Only as related to the former Bond Name/Title of "ELLIS JAY POTTER," (straw-man/corporate creation at birth) including any and/or all variations ever created thereof, with false pretense, assumption, presumption as well as deception is hereby, Null and Void as to, for, the fraudulent act(s) instituted therein, of said Name/ Title creation, ELLIS JAY POTTER, Estate, or POTTER ELLIS JAY, or POTTER JAY ELLIS. Further it is herein stated, ALL entities/parties/agents/De-facto authorities, proclaiming alliance with the Petitioner/Plaintiff as in the Living Flesh with Blood Flowing Man i.e. a sentient being is/are and forever by the will of the Petitioner/Plaintiff as a Sovereign Man rendered Null

and Void by way of the fraudulent act(s)/actions undertaken in, of, for, during by Omission and/or Commission of et-al, and,

Whereas, et-al entities, of legal fiction, Corporations, be they Municipalities, Cities, Counties, States, which have committed act(s)/actions, undertaken in, of, for, during by Omission and/or Commission of Fraud and/or have TRESPASSED upon Petitioner/ Plaintiff 's free will as well as Sovereign Rights, wherein, all previous or prior assumptions as well as presumptions either in ignorance or in fraudulent deception and intention herein and forever are Null and Void, *ab initio, ad infinitum, nune pro tune.*

Whereas, current, Corporations Municipalities, Cities, Counties, States, courts are in dishonor as the De-facto courts are established to/of administer, exercise, as well as enforce statutes of Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or Ecclesiastical Law, thereby, supplanting the De-jure of Common Law, Constitutional Law, or fail upholding the Human Rights of et-al Men, thereby, acting as a juris-fiction warring against the Constitution as well as the Sovereign Rights of Man. Therefore, as juris-fictions has no standing at the Common Law, and said alleged officers of De-facto courts of juris-fiction do not exist by virtue there of the dishonor of oath(s) to the Organic US Constitution as well as the Common Law i.e. Human Rights of the Sovereign Man having living flesh with blood flowing. and,

Whereas, the juris-fiction courts are in dishonor as the de-facto courts fail the under-standing and/or not standing under the true nature of the Sovereign Man is to acknowledge the Creator in relation to the created. Sovereign Man (gender not specific) Created the Republic of the United States for America as well as the Republics of the several States, the legal fiction governments by usurpation created Corporate

governments/State/Public/ as well as Private Entities.  This Creation by Usurpation process was established by the drafting and ratification of a contract know as a Corporate Constitution(s) and/or Articles of Incorporation, (Noted above the Vatican Crown Constitution 1871) in either case, these documents are/were created by the usurpation of the authority or knowledge of We the Sovereign Men "We the People," thereby, establishing the lesser Created Corporate entity/ government.

Herein, as stated in two preambles from the two different constitutions, the first is the Preamble to the Republic/ State of California Constitution wherein the question of Sovereignty is addressed declaring "WE THE PEOPLE" establish... The second preamble to the United States of America Constitution;

### California Constitution Preamble

"We, the People" of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution. (Emphases added)

### United States Constitution Preamble

"We the People" of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.  (Emphases added)

Whereas, in both above Preambles uses the term "We the People," each establish the same meaning; "We the People" and/or the Sovereign People created both forms of government by our/their choice by our/their hand.  Question; how than does the created become greater than the Creator? How does the created become allegedly sovereign over the Creator as in WE THE SOVEREIGN PEOPLE?

Answer; the created cannot become greater over the Sovereign who created the artificial legal fiction corporation in the first place except by fraud. This fraud will be exposed

within the context of this complaint. and,

Whereas, the acts and/or level of fraud is total without exception forced upon the total population of this Republic of America as well as California (as well as the several states) in direct opposition to the contractual limitations imposed by our US Organic Republic Constitution, which is the contract between "We the People" and/or the limited reach of government effecting life, liberty, and property. The legal fiction corporation(s) State(s) government as result therefore, every branch, department, level of municipal, county, and state of the de facto legal fiction corporate government(s) is/are in default of the founding contract between the Sovereign People of the geographic territory known by most as the United States of America

# COMPLAINT

COMES NOW, Petitioner/Plaintiff as Owner, Executor Trustee, and Beneficiary, in sui juris a party intervener, owner/ beneficiary is the holder of the private/real property estate, for/of Jay E Potter a.k.a. ELLIS JAY POTTER, (aka JAY ELLIS POTTER). as well as real property of POTTER ELLIS JAY Estate.  Petitioner/Plaintiff is now standing before this LIMITED JURISDICTION COMMON LAW CONSTITUTIONAL COURT, by mandate under the Organic Constitution for the Republic and the International Common Law, setting aside the lesser forms of judicial fiction brought about by the misapplication and/or usurpation of alleged authority under color of law by/of the De-facto statutes of Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law/ as well as Ecclesiastical Law of Ba-al, having an answer as well as the demand estoppels upon the court in the first matter of functioning as a court of Equity, Commercial, Business, Torts. Therein Petitioner/Plaintiff claims the Right of <u>Remedy</u>; in the second matter, acting as a court of Admiralty /Maritime, Petitioner/ Plaintiff claims the Right of <u>Cure And Maintenance</u>; as or the third matter of the Ecclesiastical Law of Ba-al, Petitioner/Plaintiff is a Living Flesh and Blood sentient being, created by YHVH in his likeness Endowed with Mind, Body, and Soul does not bow to Ba-al nor does this court

have ownership or control of Petitioner/Plaintiff's Soul. Herein, Petitioner/Plaintiff as Sovereign Man alleges and complains as follows:

Whereas; the question of constitutionality in the first case must be considered, given the fact the 1787 Constitution was supplanted, usurped, and/or unlawfully suspended with the 1871 Act creating a Corporation government existing from then until now, how is it then that a Department or agency (HUD) of said corporation have/has any authority to even exist never mind have any constitutional standing dealing with any issue of lawful rights of We the People i.e. life, liberty, and property?  As a department of corporation only then having its own corporate self-interests at its core. T server and/or protect the corporate bottom line before or instead of the interests of We the People.

Whereas; there must be an understanding of the fraudulent position taken in this out right extortion and/or taking of real private property under what amounts to racketeering, fraud, and/or conspiracy to commit counterfeit fraud and extortion, once understood that here is an organized entity known as HUD, which is in fact a department of the unlawful corporate government the 1871 corporation UNITED STATES OF AMERICA, having no lawful standing under the Constitution therefore, by definition  an unconstitutional rouge agency claiming title over private real property under a system of monetary fraud a.k.a. Federal Reserve, by way of a scheme of credit, fiat currency, counterfeit paper alleged to be money, having established already as ruled unconstitutional to force the payment of an alleged debt, which was in fact never funded by anything of value in the first case in worthless paper ink Federal Reserve Notes debt notes. Again how does any debt become paid with more debt.

Whereas, On or about December 29, 2015 Petitioner/Plaintiff, unknowingly and allegedly entered in with Cross Country Mortgage a fraudulent transaction.  This transaction was in regard to the property located at 8029 Highway 641 S.,  Paris,  TN  38242.

There is no doubt the Petitioner/Plaintiff was not knowledgeable nor was it explained in fact he was being lured into a Ponzi scheme of fraud in the giving of his real property title without compensation. This fact is quite sure not to have been explained to the Petitioner/Plaintiff further dishonoring the alleged contract(s) as a maximum of contract law **ALL** Terms and Conditions of any contract must be known by all parties to the contract. It stands to reason, what person would knowingly sign away the title to any real and/or private property in exchange for worthless fiat notes having no more value than the cost of the paper and ink. It further goes without saying any person, agent, loan officer, and/or banker either knew or should have known of this fraud of the fiat notes as they are to be considered as professionals knowledgeable in the finance industry.  As in any contract failure to disclose all and/or every material fact of any alleged contract, does in fact renders the full/whole contract null and void on its face. No matter the alleged authority of HUD as an agency of the illegal corporation notwithstanding, given the expert position the agency holds in the housing as well as the finance business this agency without any reasonable doubt knows full well of the worthless use of the fiat paper Federal Reserve.   This is also known by both Cross Country Mortgage and Nationstar Mortgage.

Whereas, Cross Country Mortgage and Nationstar Mortgage either must establish by way of independent audit or by court review of the source and/or origin of any valuable monetary consideration was given in exchange of title of side property.

Thus, the residence at 8029 Highway 641 S. , Paris, Tennessee 38242 became the established residence of Jay E. Potter.  Jay E. Potter is currently working in Los Angelos, California as he was laid off from his job in Tennessee.

The Petitioner/Plaintiff obtained the first information that the mortgage was transferred from Cross Country Mortgage, when the debt was shown paid off in his credit report. When Cross Country Mortgage was contacted he was told that  Mr. Cooper (a d.b.a. of Nationstar Mortgage). was the new mortgage holder.  The Plaintiff gave his California address to Cross Country Mortgage and was informed that the information would be passed to Mr. Cooper.

In November of 2018 a neighbor of the plaintiff informed him that the house at 8029 Highway 641 S. was scheduled for auction.  The Plaintiff contacted the Henry County Recorder and found out the name of Rubin Lublin TN, PLLC was handling the Auction. It wasn't until I was finally able to reach Rubin Lublin that I found out the property was in foreclosure.  I requested from both Rubin Lublin and Mr. Cooper for copies of all documents as I had never received them.  I wasn't until many weeks later that I received any documentation.

In that documentation I became aware of some discrepancies from the original mortgage. Further research led to the conclusion that fraud had been committed from the beginning of the mortgage.

The question becomes how could there be any debt in the first place as the title report shows Cross Country Mortgage only allegedly paid one (1) Federal Reserve Note (1 Dollar) to have a position on title in the first place. And again, in truth Cross Country Mortgage did not pay even the one dollar as the FED Notes delivered  to the previous owners are not valid lawful money only a Fiat Debt Note with no substance of Value.

Further proof of the RICO charges of stealing by extortion the real property without any valuable consideration given/paid in the first case.

Whereas; When you close on the purchase of any property, you sign two important documents. First a promissory note that represents the negotiable instrument and/or the legal obligation to pay and/or make, payable "to the order of" the "lender" identified in the promissory note. At closing you also sign a Mortgage (or a Deed of Trust in Deed of Trust States). You may sign more than one Mortgage because it does not represent a legal obligation to pay anything. You could sign 50 Mortgages relating to your $300,000 loan and it would not change your obligation. A Mortgage is a security instrument. It is security and security only. Without a promissory note, a mortgage is nothing. Nothing. You "give" or "grant" a mortgage to your original lender as security for the promise to pay as represented by the promissory note. In real estate law parlance, you "give/grant" the "mortgage" to the "holder" of your "promissory note." <u>First National Bank of Elk River v. Independent Mortgage Services, 1996 WL 229236 (Minn. Ct. App. No. DX-95-1919)</u>:

Whereas, If the lender has record title to a mortgage but cannot show having possession of and/or entitlement to enforce the promissory notes i.e. Trust Deed that the mortgage secures, there is no claim to act upon payment thereof. Further if the lender cannot show and/or prove valuable consideration paid has been exchanged in transaction as establishing a form of loan then no loan has taken place, no debt incurred and/or no claim may be made for repayment.

Whereas, a fact of fraud of any Mortgage at any time entering into such a real property as the fact is while the owner or buyer is signing over the real property for some

monetary amount, therefore, the owner or buyer hands over the real property with real

value, however, does not/did not receive anything of real value in exchange of the

transaction as the payment is funded and/or paid out with the use of Federal Reserve

credit scheme i.e. Federal Reserve Notes.

1.)The economic scheme of the Federal Reserve Bank (herein the FED) of creating fiat

book-entry money via T-securities in the amount of the principal of the security with a

promise to repay the principal PLUS the interest (i.e., deficit spending), is impossible.

The interest is never created. The debt must continually be increased to pay interest on

earlier securities or the economy will collapse from de-leveraging;

2.)  The National Debt can never be paid off. Contracts that cannot be culminated are

acts of fraud and are void from their inception, as nothing of Value has been given in the

exchange of the valuable real property, The Federal Reserve Bank is NOT actually a

lending operation.  IT IS A FIAT PRINTING PRESS.  It is an illegal monopoly on the

power to counterfeit fiat paper, as alleged U.S. *"dollars"*.  the Federal Reserve Notes

are COUNTERFEIT.  It is an unconstitutional, and therefore illegal, monopoly on the

power to counterfeit *"money"* into existence, in its own hands of course.  A power that has

of course, been unconstitutionally granted to the bank's owners by the corruption and/or

graft of persons (and traitors) in Congress.  The reason why this is all true is because the

bank DOES NOT POSSESS THE MONEY THAT IT LENDS, BUT SIMPLY

COUNTERFEITS IT OUT OF THIN AIR. Tell me, how do you lend to others, that

which you do not actually possess yourself to lend?  Can you lend money that you do not

possess to someone who asks for a loan, or for help?  HOW DOES THE FEDERAL

RESERVE BANK DO IT?  (By illegal monopoly?)  So how is it possible?  ONLY BY

**FRAUD AND THEFT,** HOW CAN YOU PAY DEBT WITH DEBT? HOW CAN ONE PROMISSORY NOTE BE USED TO PAY OFF and/or LEVERAGE ANOTHER NOTE OF/WITHOUT NO VALUE?

3.)Whereas; The Federal Reserve Bank is NOT EVEN actually part of the Federal government. It is no more *Federal* than Federal Express, or Federated Department Stores. It is a private corporation with a legislated monopoly on currency and credit that is allowed to BUY its paper currency for nothing more than the cost of the paper, ink, and labor, from the Bureau of Printing & Engraving (U.S. Treasury). Originally this added up to about 2.3 cents per note, or $230.00 (in Fed Notes) to buy 1 million dollars (10,000, $100 PAPER dollar bills). Today the cost is apparently still about the same.

4.) Because of the existence of the Federal Reserve bank and fractional reserve banking system, America is now without any permanent money supply AT ALL, and all of the paper (FED notes) that we now have and use as *money* (in place of *real money*) have been borrowed into existence from this monopoly. Unfortunately, the "*money*" to pay the interest on this borrowing has never been created within the system.

5.) Whereas; there may have been a Mortgage entered into and the Defendent may in fact have signed an agreement to, from the time of that agreement nor until this date has anything of valuable consideration been given in consideration of the value of the Subject real property, therefore, how could repayment be made when nothing of value was received.

6.)Whereas; the next question becomes how can a debt be paid with debt certificate FED Note? Given the Federal Reserve Note is a Promissory Note at best promising to pay something of value at some point of time in the future, and/or at worst paper worth no more than the cost of the paper, ink and labor to print thereby, not worth anything,

1   therefore, in either case of the above there was no valuable consideration given for the

2   real property thereby, without valuable consideration rendering the contract/transaction

3   of this mortgage is/are null and void on its face. Therefore, the Defendants/Respondents

4   having given nothing of value i.e. no valuable consideration rendering any contract null

5   and void they Defendant/Respondent have no claim for repayment thereof.

6

7   **7.) Whereas; the matter has already been well decided at Law;**
       **RE:  First National Bank of Montgomery vs. Jerome Daly**

8

9   ---

                              **STATE OF MINNESOTA**
                              **COUNTY OF SCOTT**
10                            **TOWNSHIP OF CREDIT RIVER**

11
                         **JUSTICE MARTIN V. MAHONEY**
12

13  ---

    First National Bank of Montgomery,

14                               Plaintiff

15                                  Vs

16  Jerome Daly,

17                                                        Defendant

18

    **JUDGMENT AND DECREE**
19

    The above entitled action came on before the Court and a Jury of 12
20  on December 7, 1968 at 10:00 am. Plaintiff appeared by its President
    Lawrence V. Morgan and was represented by its Counsel, R. Mellby.
21  Defendant appeared on his own behalf.

    A Jury of Talesmen were called, impaneled and sworn to try the issues
22  in the Case. Lawrence V. Morgan was the only witness called for
    Plaintiff and Defendant testified as the only witness in his own behalf.

23
    Plaintiff brought this as a Common Law action for the recovery of the
    possession of Lot 19 Fairview Beach, Scott County, Minn. Plaintiff

claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8, 1964 which Plaintiff claimed was in default at the time foreclosure proceedings were started.

Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookkeeping entry as the consideration for the Note and Mortgage of May 8, 1964 and alleged failure of the consideration for the Mortgage Deed and alleged that the Sheriff's sale passed no title to plaintiff.

The issues tried to the Jury were whether there was a lawful consideration and whether Defendant had waived his rights to complain about the consideration having paid on the Note for almost 3 years.

Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying on the Note and Mortgage waived any right to complain about the Consideration and that the Defendant was estopped from doing so.

At 12:15 on December 7, 1968 the Jury returned a unanimous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of United States and the Constitution and the laws of the State of Minnesota not inconsistent therewith ;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8, 1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26, 1967 is null and void, of no effect.

4. That the Plaintiff has no right title or interest in said premises or lien thereon as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute binding the jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has jurisdiction to render complete Justice in this Cause.

The following memorandum and any supplementary memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

**BY THE COURT**

Dated December 9, 1968

Justice MARTIN V. MAHONEY

Credit River Township

Scott County, Minnesota

**MEMORANDUM**

The issues in this case were simple. There was no material dispute of the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of their interlocking activity and practices, and both being Banking Institutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookkeeping entry. That this was the Consideration used to support the Note dated May 8, 1964 and the Mortgage of the same date. The money and credit first came into existence when they created it. Mr. Morgan admitted that no United States Law Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anseheuser-Busch Brewing Company v. Emma Mason, 44 Minn. 318, 46 N.W. 558.   The Jury found that there was no consideration and I agree.   Only God can create something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2nd "Actions" on page 584 – "no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party."

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful right can be built.

Nothing in the Constitution of the United States limits the jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law action. Minnesota cannot

limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so is repugnant to the Constitution of the United States and void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not receive a fair trial. From the admissions made by Mr. Morgan the path of duty was direct and clear for the Jury. Their Verdict could not reasonably been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court of December 7, 1968.

**BY THE COURT**

December 9, 1968

Justice Martin V. Mahoney
Credit River Township
Scott County, Minnesota.

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emission of Bills of Credit upon the books of these private Corporations for the purpose of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty. M.V.M.

**JEROME DALY** had his own information to reveal about this case, which establishes that between his own revealed information and the fact that Justice Martin V. Mahoney was **murdered** 6 months after he entered the Credit River Decision on the books of the Court, why the case was never legally overturned, nor can it be.

8.) Whereas, no matter of the alleged color of law the alleged illusion of the shadow banking cartel headed by the private bank known as the Federal Reserve, which a private Banking Cartel and/or does not have any connection with and/or is not in anyway connected with nor part of the any US Government agency.

9.) Whereas, the fraud, coercion, conspiracy, extortion, as well as private/public corruption is at every level every fiber of this Ponzi scheme which began with the Jekyll

Island secret meeting 1910, in this meeting the plan was set how to create a one central bank contrary to the original constitution.

10.)As noted the Federal Reserve act has been ruled Unconstitutional, the following is the opinion Quote from the ruling Judge, who by the way gave his life for his ruling.

**FEDERAL RESERVE ACT RULED UNCONSTITUTIONAL!**

**QUOTE:**

**Judge Martin Mahoney wrote the following about a case he ruled over, The First National Bank of Montgomery v. Jerome Daly, December 7, 1968: (See 17 Am. Jur. 85, 215, and 1 Mer. Jur. 2nd on Actions, Section 550)**

**"There is no lawful consideration for these Federal Reserve Notes to circulate as money. The banks actually obtained these notes for the cost of printing. A lawful consideration must exist for a note...**

**"The activity of the Federal Reserve Banks...and the First National Bank of Montgomery, is contrary to public policy and contrary to the Constitution of the United States, and constitutes an unlawful creation of money and credit for no valuable consideration. Activity of said banks in creating money and credit is not warranted by the Constitution of the United States.**

**"The Federal Reserve Banks and National Banks exercise an exclusive monopoly and privilege of creating credit and issuing notes at the expense of the public, which does not receive a fair equivalent. This scheme is obliquely designed for the benefit of an idle monopoly to rob, blackmail, and oppress the producers of wealth [you and me and our ability to work and be productive].**

**"The Federal Reserve Act and the National Bank Act are, in their operation and effect, contrary to the whole letter and spirit of the Constitution of the United States, for they confer an unlawful and unnecessary power on private parties; they hold all of our fellow citizens in dependence; they are subversive to the rights and liberation of the people.**

**"These Acts have defied the lawfully constituted Government of the United States. The Federal Reserve Act and National Banking Act are not necessary and proper for carrying into execution the legislative powers granted to Congress [See Article 1, Section 8, Clause 5 of the Constitution of the United States] or any other powers vested in the government of the United States, but on the contrary, are subversive to the rights of the People in their rights to life, liberty, and property...**

**"No rights can be acquired by fraud. The Federal Reserve Notes are acquired through the use of unconstitutional statutes and fraud. The law leaves wrongdoers where it finds them. Slavery and all its incidents, including peonage, thralldom,**

**and the debt created by fraud is universally prohibited in the United States. This case represents but another refined form of slavery by the bankers. Their position is not supported by the Constitution of the United States."**

**Two weeks after Judge Mahoney ruled in favor of Daly, and wrote the above, the Judge was assassinated. UNQUOTE!**

11.) The question becomes how can a parcel of real property owned and lived in for 48-50 years now stand as the heritage of the family estate to be past as an inheritance for future generations be held against such inheritance by the claim of a debt of which nothing of

value was given under the terms and condition of the Trust Deed/Mortgage contract?

12.) Whereas, this original transaction was fraudulently transacted upon the Decedent on or about December 29, 2015, and now allegedly the Department of the Unlawful Corporate government HUD, Cross Country Mortgage, and NationStar Mortgage are by entrapment under color of law trying to force a Sovereign Man to commit a felonious act of fraud as well as treason becoming a co-conspirator accessory after the fact in the in circulation of counterfeit fait FED Notes with the intent to defraud the general population of this nation with the continuation of this RICO scheme,

13.) Whereas, by trying to entrap the Petitioner/Plaintiff into a crime with the lure of securing his heritage/ inheritance thereby violating the Hobbs Act as well as RICO, the Banking cartel and/or the alleged government actors i.e. HUD are causing the Petitioner/Plaintiff grave injury, as well as hardship committing crimes against his family, as well as crimes against humanity entrapping through fraud of the banking cartel headed by the graft corruption of the very corporation government illegally formed without the knowledge and/or the consent of We the People, thereby keeping this

corruption hidden in secret enslaving the people to the Crown Rule as well as striping

their life, liberty, and property from each man woman and child for the last and/or about

147 years with each step of treason against this Republic on the increase, with the killing

of presidents and judges and how many others, the wholesale destruction of the fabric of

our Republic now is the time to end this lie.

14.) Whereas, the material facts herein cannot be questioned given this fraud is well

known as well as adjudicated noting the irrefutable fact there cannot be any claim

lawfully made against the real property by any of the Defendant/Respondent class. And is

hereby refused for cause.

15.) Whereas, the Maximum Law, if an action is in fact a commission of fraud, the fraud

is not from when the act is discovered but from the moment of the act, thereby, any

act(s), allegations, claims, charges, even alleged violations of alleged rules, codes, color of

laws, are null and void on their face as the foundation of the claims and/or have been

committed through actions of RICO and are fraudulent in character as well as nature of

the act. Further the Maximum of fraud that nothing may be gained by the act of fraud.

# CLAIM for DAMAGES

WHEREFORE, as the Petitioner/Plaintiff's has been damaged from the outset by having

demands made to pay off a Mortgage, which was never funded by anything of Value

given in/as the valuable consideration in the first place as has been shown the only as a

system of debt exchange is/was the use of the Federal Reserve Fiat Monetary Ponzi

scheme debt promissory notes and/or the ledger bank entry of the alleged credit fraud.

Whereas, therefore, Petitioner/Plaintiff has and/or is being damaged by the property going through a Sherriff's Auction based upon a fraudulent transaction and the Petitioner/Plaintiff losing access to his property and/or possessions.  A demand for damages from the Sherriff's department and Rubin Lublin TN,  PLLC of Two Hundred Thousand ($200,000) each more or less, as granted to be paid in real US Dollars equivalent in either gold or silver coins as required by the Organic 1787 Constitution for American to be coined by the US Treasury.

Whereas, therefore, Petitioner/Plaintiff has and/or is being damaged in an excessive extortion amounting to over a real monetary value of at least Five Hundred Thousand ($500,000) more or less, as granted to be paid in real US Dollars equivalent in either gold or silver coins as required by the Organic1787 Constitution of America to be coined by the US Treasury.

Whereas, there was no valuable consideration ever given by any of the Defendant class any position allegedly held on Title of the subject real property is hereby declared null and void on the face of any claim thereof, as of the date of this filing. Defendant class must relinquish any and/or all claims to subject property.

Whereas, further damages have been suffered over the life and times of not just the Petitioner/Plaintiff but the impact on his living status, and the right to not be entangled in fraudulent activities , an additional demand for damages is hereby ordered to the amount of One Million ($1,000,000) to be paid in real US Dollars equivalent in either gold or silver coins as required by the Organic 1787 Constitution for the United States of America to be coined by the US Treasury.

Whereas, further damages to the Petitioner/Plaintiff were occurred by an extensive damage to his credit and credit report by foreclosure postings nationwide with a

significant impact on his credit numbers, an additional demand for damages is hereby

ordered to the amount of 500 Hundred Thousand ($500,000) more or less, as granted to

be paid in real US Dollars equivalent in either gold or silver coins as required by the

Organic 1787 Constitution of American to be coined by the US Treasury.

Whereas, Further deponent saith not. Petitioner/Plaintiff now affix his signature and

official seal to all of the above WITH EXPLICIT RESERVATION OF ALL

PETITIONER/ PLAINTIFF'S UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO

 ANY OF THOSE RIGHTS,

Jay E. Potter

2950 Belden Dr.,  Los Angeles,  CA 90068

864-608-5404

Notice: Copy Furnished;

Recording Requested By:

ELLIS JAY POTTER Estate; when recorded
mail Power of Attorney to:

Jay E. Potter, (Private Civilian)
c/o 2950 Belden Dr.
Los Angeles, LOS ANGELES COUNTY,
Republic of California.

ZIP Exempt

# DURABLE POWER OF ATTORNEY

On or about this 5th day of MARCH, 2019 I, as the ELLIS JAY POTTER Estate, as the
principal, on Los Angeles County, Republic of California, being of sound mind hereby:

## APPOINT AS ATTORNEY-IN-FACT

I, the **ELLIS JAY POTTER Estate**, as established **April 19, 1952**, with
BC-Registration District No. 2751 Registrar's No. 389; herein appoint **Jay E. Potter**, of
LOS ANGELES COUNTY, Republic of California, as my Durable attorney-in-fact
(hereinafter my "attorney-in-fact"), to act as my/our/the **Executor, Trustee, and
Administrator**, to act irrevocably, uncontestably, and hereinafter non-transferable, in my
name, in my stead and for my benefit; I, voluntarily make this designation, and hereby revoking
any and et-al powers/or of attorney I may have executed in the past. Further herein state;

I, **THE ELLIS JAY POTTER Estate**, HEREBY GIVING AND GRANTING unto my
said attorney-in-fact, full authority to act irrevocability, incontestability, nontransferable, to do
and perform all and every act and deeds whatsoever required and necessary to be done in and
about the premises, as fully, to all intents and purposes, as I might or could do if personally
present, and HEREBY RATIFYING AND CONFIRMING all that my said
representative/assign, shall lawfully do or cause to be done by virtue hereof.

Date: 5th, March, 2019

The ELLIS JAY POTTER Estate

By: _Jay E Potter_____
ELLIS JAY POTTER Estate;
Jay E. Potter

# ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                   }

County of Los Angeles                           }

On _03/06/2019_ before me, William Guohao Chen, Notary Public ,
(Here insert name and title of the officer)

personally appeared ___JAY E. POTTER_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

WILLIAM GUOHAO CHEN
COMM. # 2227300
LOS ANGELES COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
FEBRUARY 01, 2022

(Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Durable Power of Attorney
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 1 Document Date 3/5/2019

### CAPACITY CLAIMED BY THE SIGNER
☑ Individual (s)
☐ Corporate Officer

_____
(Title)

☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

OATH AND AFFORMATION AS AMENDED OF
NOTICE AND DECLARATION OF PROOF OF
LIFE, AS EVIDENCED
CALIFORNIA CERTIFICATE OF LIVE BIRTH;
April 13, 1952; BC-Registration District No.
2751 Registrar's No. 389;
DATE RECORD FILED: APRIL 19TH, 1952;

HEREBY ENTERED ON THE RECORD THIS
THE 5th DAY OF MARCH, 2019,
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION, LOS ANGELES
Case No.: _____

I, Jay E. Potter, with a rank of E6 now comes under authority of the 1933 Emergency power act, standing as an Officer subject to the Uniform Code of Military Justice. Having in 1970 taken and/or to this day under Sacred Oath to protect and defend the 1787 Constitution for the united States of America, the Republic thereof, against all enemies foreign or domestic by jurisdiction of the rules of Common Law Article 111 Court and/or herein under Military Tribunal, acknowledging under the penalty of perjury, therefore, to the facts of this subject matter to best of my knowledge, as the first party in fact knowing first hand all and every material fact of this action, which is without dispute, without hearsay, which evidence is irrefutable and/or uncontestable, hereby do solemnly, sincerely and truly declare and affirm that the evidence I shall give shall be the truth the whole truth and nothing but the truth, So Help us Jehovah."- Elohim, Father, So Mote It Be.

Know all Men by these presentments that; I, Jay E. Potter, being fully aware and of sound mind, body, and soul, well over the age of majority, do hereby call upon, invoke and take safe harbor in the Cestui Que Vie Act 1666, CHAPTER 11 18 and 19 Cha 2, specifically, section IV: Hereby claim and/or demand, remedy, cure, as well as maintenance, of/for et-al properties, holdings, and assets held in and/or by any corporate fiction ELLIS JAY POTTER Et-al

*"IV If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.*

*[X2 Provided alwayes That if any person or [X3 person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [X3to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons*

*respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull Interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing.]"*

Whereas such, **I, Jay E. Potter**, do attest, affirm and declare the following: Now comes forward to demand cure and maintenance.

1. I, **Jay E. Potter**, affirm that I am over 21 years of age;

2. I, **Jay E..Potter**, deny that I am an infant.

3. I, **Jay E. Potter**, HAVE NOW COME BACK;

4. I, **Jay E. Potter**, am 1st Lien Holder over **JAY ELLIS POTTER**, and the **ELLIS JAY POTTER Estate,** and d/b/a **JAY ELLIS POTTER**;

5. I, Jay E. Potter, was born Ellis Jay, Potter, for the family Potter and I am currently known as Jay E. Potter, and;

6. I, **Jay E. Potter**, am the Cestui Vie of the **JAY ELLIS POTTER** Cestui Que Trust a/k/a the **ELLIS JAY POTTER**, Cestui Que Trust **POTTER JAY** Cestui Que Trust and **ELLIS J. POTTER**

7. I, **Jay E. Potter**, am NOT LOST AT SEA;

8. I, **Jay E. Potter**, am NOT ABSENT;

9. I, **Jay E. Potter**, am NOT DEAD, I AM HERE NOW LIVING!

10. Now Comes; I, **Jay E. Potter**, claim, demand and declare that clear Title(s) is now, and forever, Irrevocable, Uncontestable, Non-Transferable, to be revested to **Jay E. Potter**, until such time as he wills or transfers, in writing, said title to his heir(s), as title(s) is already, inherently, property of his **ELLIS JAY POTTER Estate.**

Affiant further sayeth not.

By _____
**Jay E. Potter, Executor, Trustee, Administrator,**
   All rights reserved, with prejudice, without recourse

# ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              }

County of Los Angeles                         }

On ___03/06/2019___ before me, __William Guohao Chen, Notary Public__,
(Here insert name and title of the officer)

personally appeared ____JAY E. POTTER____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

> WILLIAM GUOHAO CHEN
> COMM. # 2227300
> LOS ANGELES COUNTY
> NOTARY PUBLIC-CALIFORNIA
> MY COMMISSION EXPIRES
> FEBRUARY 01, 2022

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Oath & Afformation as Amended of
(Title or description of attached document)

Notice and Declaration of Proof of Life
(Title or description of attached document continued)

Number of Pages _2_ Document Date _03/06/2019_

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgents from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

# IN CONGRESS. JULY 4, 1776.

# The unanimous Declaration of the thirteen united States of America,

When [illegible]

We, therefore, the Representatives of the united States of America [illegible] Free and Independent States [illegible]

John Hancock

[illegible]

Mar 6, 2019

# We the People

of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## Article 1

Section 1. All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 2. The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section. 8. The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings; — And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section. 9. The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.

No Tax or Duty shall be laid on Articles exported from any State.

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section. 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

# Article. II.

Section. 1. The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of

the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

Section. 2. The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section. 3. He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

Section. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

# Article III.

Section. 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Section. 2. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State;—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section. 3. Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

# Article IV.

Section. 1. Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the

Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

Section. 3. New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

Section. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

# Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

# Article. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

# Article. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

The Word, "the," being interlined between the seventh and eighth Lines of the first Page, The Word "Thirty" being partly written on an Erazure in the fifteenth Line of the first Page, The Words "is tried" being interlined between the thirty second and thirty third Lines of the first Page and the Word "the" being interlined between the forty third and forty fourth Lines of the second Page.

Attest William Jackson Secretary

done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independance of the United States of America the Twelfth In witness whereof We have hereunto subscribed our Names,

Go. Washington—Presidt. and deputy from Virginia

New Hampshire: John Langdon, Nicholas Gilman

Massachusetts: Nathaniel Gorham, Rufus King

Connecticut: Wm. Saml. Johnson, Roger Sherman

New York: Alexander Hamilton

New Jersey: Wil: Livingston, David Brearley, Wm. Paterson, Jona: Dayton

Pennsylvania: B Franklin, Thomas Mifflin, Robt Morris, Geo. Clymer, Thos. FitzSimons, Jared Ingersoll, James Wilson, Gouv Morris

Delaware: Geo: Read, Gunning Bedford jun, John Dickinson, Richard Bassett, Jaco: Broom

Maryland: James McHenry, Dan of St Thos. Jenifer, Danl Carroll

Virginia: John Blair—, James Madison Jr.

North Carolina: Wm Blount, Richd. Dobbs Spaight, Hu Williamson

South Carolina: J. Rutledge, Charles Cotesworth Pinckney, Charles Pinckney, Pierce Butler

Georgia: William Few, Abr Baldwin

Jay E Potts
Mar6, 2019