FILED

2019 MAR -6 PM 2:45

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY: [signature]

Jay Ellis Potter (Full Name)
2950 Belden Dr (Address Line 1)
Los Angeles, CA 90068 (Address Line 2)
864-608-5404 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jay Ellis Potter,
Plaintiff,

vs.

Cross Country Mortgage, Inc
1 Corporate Dr.
Lake Zurich, IL 60047
877-538-9790
See Attached Addendum A,
Defendant(s).

Case No. CV19-01641-FMO-JCx

PROOF OF SERVICE BY MAIL

I, Jay Ellis Potter (name of person serving documents), declare as follows:

My address is 2950 Belden Drive Los Angeles, CA 90068, which is located in the county where the mailing described below took place.

On 6 march (date of mailing), I served the document(s) described as:

Summary of Pleading (list the names of the documents you are mailing)

Durable power of Attorney

Oath and affirmation

Declaration of Independence

Constitution for united States

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, California (city and state of mailing), addressed to:

| | |
|---|---|
| Cross Country Mortgage (name) | Nationstar Mortgage (name) |
| 1 Corporate Dr (address) | d/b/a Mr. Cooper (address) |
| Lake Zurich, IL 60047 (address) | 8950 Cypress Waters Blvd (address) |
| (address) | Coppell, TX 75019 (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______ (date) at Los Angeles, CA (city and state of signing).

[signature] (sign)

Jay Ellis Potter (print name)