AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Jay Ellis Potter<br>See attachment #1<br><br>*Plaintiff(s)*<br>v.<br>Cross Country Mortgage, Inc.<br>See attachment #1<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

**CV19-01641-FMO-JCx**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CrossCountry Mortgage  1 Corporate Dr, Lake Zurich, IL  60047
Nationstar Mortgage DBA Mr. Cooper  8950 Cypress Waters Blvd, Coppell, Tx 75019,
Robin Lublin TN, PLLC  119 S. Main St. Memphis, TN  38103
Henry County Sheriffs Office  210 Forest Heights Rd, Paris, TN  38242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jay Ellis POtter
2390 Belden Dr.
Los Angeles, CA 90068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3-6-2019

*Signature of Clerk or Deputy Clerk*   Derek Davis

1183

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

FILED

# United States District Court
# Central District of California
# /Western Division, Los Angeles

2019 MAR -6 PM 2: 43

Jay Ellis Potter
2390 Belden Dr. Los Angeles, CA
90068 Phone 864-608-5404

       Petitioner/Plaintiff,
       vs.

Cross Country Mortgage, Inc.
1 Corporate Dr.
Lake Zurich, IL 60047
877-538-9790

Nationstar Mortgage LLC d/b/a/
Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019
888-480-2432

Rubin Lublin TN, PLLC
119 S. Main St. Memphis, TN 38103
877-813-0992

Henry County Sherriff's Office
210 Forest Heights Rd, Paris, Tn
38242

10 John and/or Jane Doe(s) (any to be
added)
       Defendant/Respondent

Civil Case# CV 19 - 01641-FMO-JC

**Writ of Amparo (cannot be denied)**

**Cause of Action: Crimes Against Humanity** High Crimes, deprivation of Human Rights, Enslavement against civilian populations/ We the People;(as charged Crimes Against Humanity cannot be denied / refused and must be heard). and

**United States Constitution 1787; Bill of Rights, The Rights of We the People; and**

**USC Title (under color of law) 42 Section 1983.** Civil action for deprivation of rights etc. and

**Extortion Hobbs Act,18 USC§1951** (a-b) and

**RICO U.S. Code Title 18 Chapter 96 and**

**Fiduciary Counterfeit Fraud.**

**Jury Trial Demanded/Required**

**Notice:** 1787 US Constitution established the common Law as the Law of the Land. Mandate Article 3 Courts of Human Rights and Common Law, we are hereby revoking by COMMON LAW Estoppels et-al De-facto Equity, Corporate, Commercial, Admiralty, Maritime, Statutory de-facto Court Rules Policies must be Waved by Order of the Petitioner/Plaintiff by Sovereign Right as established within the Declaration of Independence, Causes /Definitions / of Laws; hereby by contract binding by all parties to uphold the Constitution for the united States of America, which all parties must have taken and uphold an oath to protect and defend such.

As ratified in 1810-1812 the 13th Amendment restricting anyone holding titles of nobility holding public office.