

FILED
CLERK, U.S. DISTRICT COURT
3/13/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Ellis Potter | **CASE NUMBER** |
| PLAINTIFF(S) | 2:19-cv-01641-FMO-JC |
| v. | |
| Cross Country Mortgage, Inc. et al | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____  Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from  ☐ Judge  ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Upon further review, this case is fit for review by a Magistrate Judge for a Report and Recommendation pursuant to General Order 05-07.

CLERK, U.S. DISTRICT COURT

Date: ___3/13/2019___   By: ___Derek Davis___
                                 Deputy Clerk