UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1641 FMO(JC) | Date | April 2, 2019 |
|---|---|---|---|
| Title | Jay Ellis Potter v. Cross Country Mortgage, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:** (IN CHAMBERS)

**ORDER (1) DIRECTING PLAINTIFF FORTHWITH TO CLARIFY ADDRESS; (2) DIRECTING CLERK TO SEND ITEMS TO PLAINTIFF AT ALTERNATIVE ADDRESS; AND (3) RE BRIEFING ON AND SUBMISSION OF MOTION TO DISMISS**

On March 6, 2019, plaintiff Jay Ellis Potter, who is at liberty, has paid the filing fee, and is proceeding *pro se*, filed a Complaint against: (1) Cross Country Mortgage, Inc. (Lake Zurich, IL); (2) Nationstar Mortgage LLC d/b/a/ Mr. Cooper (Coppell, TX); (3) Rubin Lublin TN, PLLC (Memphis, TN); (4) Henry County [Tennessee] Sheriff's Office (Paris, TN); and (5) 10 John and/or Jane Doe(s). (Complaint at 1). As the Complaint caption reflects that plaintiff's address is **2390** Belden Dr., Los Angeles, CA 90068 ("2390 Address"), such address is listed as plaintiff's current address of record on the docket and is the address to which all court communications/orders have been sent. On March 21 and March 22, 2019, two items sent to plaintiff at the foregoing address (Docket Nos. 5, 7) were returned as undeliverable by the U.S. Postal Service. (Docket Nos. 8, 9). The Court notes that in the body of the Complaint and on other items submitted by plaintiff, his address is listed as **2950** Belden Dr., Los Angeles, CA 90068 ("2950 Address"). (Complaint at 32; Docket Nos. 2, 3). In light of the foregoing: (1) the Clerk is directed forthwith to send a copy of this Order to both the 2390 and 2950 Addresses and to send copies of Docket Nos. 5-7 and 10 to plaintiff at the 2950 Address; and (2) plaintiff is directed forthwith and by not later than **April 9, 2019**, to file a Notice of Correct Address clarifying his correct address. **Plaintiff is cautioned that, if plaintiff fails to keep the Court informed of a correct mailing address, this action may be dismissed under Local Rule 41-6.**

On March 29, 2019, defendant Nationstar Mortgage LLC filed a Motion to Dismiss for Improper Venue and Motion to Strike Complaint or Motion for More Definite Statement ("Defendant's Motion") which has been noticed for hearing before this Court on April 30, 2019 at 9:30 a.m. Plaintiff's opposition to Defendant's Motion is due on **April 9, 2019**. **Plaintiff is cautioned that the failure timely to file an opposition to Defendant's Motion may be deemed consent to the granting of Defendant's Motion pursuant to Local Rule 7-12 and may result in dismissal which could end this case.** Defendant's Reply is due on **April 16, 2019**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1641 FMO(JC) | Date | April 2, 2019 |
|---|---|---|---|
| Title | Jay Ellis Potter v. Cross Country Mortgage, Inc., et al. | | |

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds Defendant's Motion appropriate for decision without oral argument. The hearing calendared for April 30, 2019 is hereby vacated and the matter taken off calendar. The matter will be deemed submitted on the date on which Defendant's Reply is due.

    IT IS SO ORDERED.