Name: Jay Ellis Potter
Address: 2950 Belden Dr
Los Angeles, CA 90068
Phone: 864-608-5404
Fax:

In Pro Per

FILED
2019 APR -9 PM 3:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jay Ellis Potter

Plaintiff
v.

Cross Country Mortgage Inc, et al

Defendant(s).

CASE NUMBER:
2:19-cv-01641-FMO-JC

Request for Extension

( Enter document title in the space provided above)

Judge, I received the documents from the court on April 9, 2019. In the document it stated that the Plaintiff opposition to the Defendants motion is due on April 9, 2019, the same day. Please give me an extension for the response.

April 9, 2019         Jay Ellis Potter
                      Jay Ellis Potter

Page Number 1

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT