1. Jay POTTER (Full Name)
2. 2950 BELDEN Dr (Address Line 1)
3. Los Angeles, CA 90068 (Address Line 2)
4. 864-608-5404 (Phone Number)
5. _____ in Pro Per
6. (indicate Plaintiff or Defendant)

FILED
2019 APR -9 PM 3:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Ellis Potter, | Case No.: 2:19-cv-01641-FMO-JC |
| Plaintiff, | |
| vs. | PROOF OF SERVICE BY MAIL |
| Cross Country Mortgage Inc | |
| et al | |
| Defendant(s). | |

I, Jay Ellis Potter, (name of person serving documents) declare as follows:

My address is 2950 Belden Dr., Los Angeles, CA 90068, which is located in the county where the mailing described below took place.

---

Pro Se Clinic Form

1

Proof of Service

1  On __9 April__, I served the document(s) described as:
2      (date of mailing)
3  _____
4          (list the names of the documents you are mailing)
    __NOTIFICATION of change of address__
5   __Request for extension__
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12  on all interested parties in this action by placing a true and correct copy thereof in
13  a sealed envelope, with first-class postage prepaid thereon, and deposited said
14  envelope in the United States mail at or in _____,
                                                (city and state of mailing)
15  addressed to:
16  __Cross Country Mortgage__ (name)   __Nationstar Mortgage LLC__ (name)
17  __1 Corporate Drive__ (address)      __DBA Mr. Cooper__ (address)
18  __Lake Zurich, IL__ (address)        __8950 Cypress Waters Blvd__ (address)
19          __60047__ (address)          __Coppell, TX 75089__ (address)
20
    I declare under penalty of perjury that the foregoing is true and correct.
21
22  Executed on __April 9 2019__ at __Los Angeles, Californ.__
                 (date)                (city and state of signing)
23
24                                    _____
                                           (sign)
25                                    __Jay E Potter__
                                         (print name)
26
27
28

Pro Se Clinic Form          Proof of Service