UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1641 FMO(JC) | Date | April 15, 2019 |
|---|---|---|---|
| Title | Jay Ellis Potter v. Cross Country Mortgage, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none present | none present |

**Proceedings:**    (IN CHAMBERS)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DOCKET NO. 13) AND EXTENDING DEFENDANT'S DEADLINE TO FILE REPLY**

On March 29, 2019, defendant Nationstar Mortgage LLC filed a Motion to Dismiss for Improper Venue and Motion to Strike Complaint or Motion for More Definite Statement ("Defendant's Motion"). Plaintiff's opposition to Defendant's Motion is currently due on April 9, 2019 and defendant's reply is currently due on April 16, 2019.

On April 9, 2019, plaintiff filed a request for extension of time to file a response to Defendant's Motion ("Plaintiff's Request"). Plaintiff's Request is granted. Plaintiff's deadline to file a response to Defendant's Motion is extended to **April 23, 2019**, and plaintiff's deadline to file a reply is extended to **April 30, 2019**.[1]

**Plaintiff is cautioned that the failure timely to file an opposition to Defendant's Motion may be deemed consent to the granting of Defendant's Motion pursuant to Local Rule 7-12 and may result in dismissal which could end this case.**

IT IS SO ORDERED.

---

[1]**Plaintiff's response to the Order to Show Cause issued on April 5, 2019 remains due on April 19, 2019.**