UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY ELLIS POTTER,<br><br>             Plaintiff,<br><br>    v.<br><br>CROSS COUNTRY MORTGAGE, INC., et al.,<br><br>             Defendants. | Case No. 2:19-cv-01641-FMO-JC<br><br>JUDGMENT |

    In accordance with the Order Dismissing Action without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

    IT IS SO ADJUDGED.

DATED: May 2, 2019

                                                  _____/s/_____
                                                  HONORABLE FERNANDO M. OLGUIN
                                                  UNITED STATES DISTRICT JUDGE